UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION -FLINT

UNITED STATES OF AMERICA,

                    Plaintiff,          CASE NO.: 04-CR-50023-1FL

vs.                               HON. PAUL V. GADOLA
                               MAG. JUDGE WALLACE CAPEL, JR.

DETRICK CURTIS CONERLY,

                    Defendant.

_____/

**ORDER OF DETENTION
PENDING REVOCATION  PROCEEDINGS**

        The defendant appeared before the Court on March 20, 2206, based upon a Petition and Warrant for violation of his conditions of supervised release,  filed on March 16, 2006.  He was ordered temporarily detained pending a detention hearing on March 21, 2006.

        The defendant is charged with violation of the Mandatory Condition by being arrested for the offense of identity theft. He is also charged with violation of Special Condition Number 2 by applying for and obtaining a line of credit without permission of the Court.

        The report of the Probation Officer in this matter indicates that the defendant began his term of supervised release on November 4, 2005.

        Based upon the information presented at the hearing, it appears that the defendant has failed to comply with the terms of supervised release by making false statements in connection with an application for a line of credit, and obtaining credit without the permission of the Court.  At the time of his arrest concerning this matter the defendant had in his possession false identification and various credit cards with the name of another individual.  It further appears that the defendant used a number of aliases; 5 different dates of birth; 10 different Social Security Numbers; and 12 different

aliases.

Accordingly, I find that the defendant poses a danger to the community as well as a risk of flight. The defendant shall be detained without bond in this matter pending further proceedings before the district court judge.

The Defendant is hereby remanded to the custody of the United States Marshal.

**IT IS SO ORDERED.**

**DATED: March  22, 2006**          **s/ Wallace Capel, Jr.**
                                          **WALLACE CAPEL, JR.**
                                          **United States Magistrate Judge**

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on March 22, 2006    , I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send such notification of such filing to the following:  Mark C. Jones,  AUSA, , and I hereby certify that I have mailed by United States Postal Service/hand delivered the paper to the following non-ECF participants: Daniel G. VanNorman, Esq., 350 N. Court St., Ste. 218, Lapeer, MI 48446,  United States Marshal, 600 Church St., Flint, Michigan 48502, Probation Officer, 600 Church St., Flint, Michigan 48502

                                          s/ James P. Peltier
                                          James P. Peltier
                                          Courtroom Deputy Clerk
                                          U.S. District Court
                                          600 Church St.
                                          Flint, MI 48502
                                          810-341-7850
                                          pete_peltier@mied.uscourts.gov